# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAMU TAYE CHAN,**<br><br>    **Petitioner,**<br><br>    vs.<br><br>**RANDY GROUNDS, Acting Warden, Soledad, California Correctional Training Facility,**<br><br>    **Respondent.** | **Case No.: 11-CV-04413 YGR**<br><br>**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED** |

Petitioner, a state prisoner, has filed this Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. He has paid the $5.00 filing fee. It does not appear from the face of the Petition that it is without merit. Good cause appearing, the Court hereby issues the following orders:

1. The Clerk of the Court shall serve a copy of the Petition and all attachments thereto (Dkt. No. 1) and a copy of this Order upon Respondent and Respondent's attorney, the Attorney General of the State of California.

2. Respondent shall file with this Court and serve upon Petitioner's attorney, within one-hundred nineteen (119) days of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the Answer a copy of all portions of the relevant state records that have been transcribed previously and that are relevant to a determination of the issues presented by the Petition.

3. If Petitioner wishes to reply to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within sixty-three (63) days of his receipt of the Answer. Should

1 Petitioner fail to do so, the Petition will be deemed submitted and ready for decision sixty-three (63)
2 days after the date Petitioner is served with Respondent's Answer.

3     4.    Respondent may file with this Court and serve upon Petitioner, within one-hundred
4 twenty (120) days of the issuance of this Order, a motion to dismiss on procedural grounds in lieu of
5 an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section
6 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on
7 Respondent an opposition or statement of non-opposition to the motion within sixty-three (63) days of
8 receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within
9 fourteen (14) days of receipt of any opposition.

10     5.    Extensions of time are not favored, though reasonable extensions will be granted.  Any
11 motion for an extension of time must be filed no later than fourteen (14) days prior to the deadline
12 sought to be extended.

13     **IT IS SO ORDERED.**

14 **Date: September 27, 2012**

15     **YVONNE GONZALEZ ROGERS**
    **UNITED STATES DISTRICT COURT JUDGE**